UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORENA PATEL, individually, and on behalf of her disabled adult daughter SAM PATEL,<br><br>       Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC. d/b/a CHAMPION MORTGAGE, a Delaware company,<br>       Defendant. | NO: 2:21-CV-0138-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Joint Stipulation of Dismissal (ECF No. 35). The parties stipulate to dismissal with prejudice of all claims in the above-captioned lawsuit, with each party to bear its own costs and attorneys' fees. The Court has reviewed the record and files herein, and is fully informed.

  According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party to bear its own attorneys' fees, expenses, and costs.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED June 29, 2022.



THOMAS O. RICE
United States District Judge